# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| In Re:<br>MARLISA FRANCISCO KACZOR<br>265 W STATE ST<br>MILFORD CENTER, OH  43045 | Case No:    04-62126<br><br>Judge:    CHARLES M. CALDWELL |

SSN(S):    XXX-XX-7003

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry

Fund.

Dated:   September 23, 2009

/s/ Frank M. Pees
Frank M. Pees
Chapter 13 Trustee

| **Name and Address** | **Amount** |
|---|---|
| MARLISA FRANCISCO KACZOR<br>265 W STATE ST<br>MILFORD CENTER, OH  43045 | 29.00 |